NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GENERAL DYNAMICS CORPORATION,**
*Appellant,*

v.

**LEON E. PANETTA, SECRETARY OF DEFENSE,**
*Appellee.*

---

2012-1249

---

Appeal from the Armed Services Board of Contract Appeals in no 56744, Administrative Judge Robert T. Peacock

---

**ON MOTION**

---

**ORDER**

Upon consideration of United States' unopposed motion for a 12-day extension of time, until March 26, 2012, to file its response to General Dynamics Corporation's motion for a stay,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 2 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Paul M. Smith, Esq.
     David D'Alessandris, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 1 2012

JAN HORBALY
CLERK